The People of the State of New York, Respondent, v. Antonio Bellavicini, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Mills, Rich and Putnam, JJ., concurred; Stapleton, J., dissented on the ground that, although there is competent evidence of an isolated, indecent or obscene act, and it is inferable that defendant saw (heard) it, there is no evidence that painted men with effeminate voices resorted there with the knowledge of this defendant; the evidence is insufficient to convict the defendant of the crime charged. Jenks, P. J., concurred, with Stapleton, J.

The People of the State of New York, Respondent, v. Filippo Priola, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York ex rel. Herman W. Scheib, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Thomas, Carr, Rich and Putnam, JJ., concurred; Jenks, P. J., dissented.

Cela Schlesinger, Respondent, v. Yonkers Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Henry A. Siebrecht, Respondent, v. New York, Westchester and Boston Railway Company and The City and County Contract Company, Appellants. — Judgment affirmed, with costs, upon the authority of *Goodenough* v. *New York, Westchester & Boston R. Co.*, decided herewith (*ante*, p. 948). Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Mills, J., dissented upon the sole ground that the construction and operation of a railroad for public use are not within the prohibition of the restrictions.

Patrick Sullivan, Respondent, v. Terry & Tench Company, Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Wachtel-Schuh Horse Company, Appellant, v. Hamilton Trust Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Rich, J., concurred upon the ground that the finding in the action by Cyrus Rheims,* in which the parties to this action were defendants, involving the right to the deposits with interest, and in which the rate of interest was adjudicated as being two per centum per annum, is the law of this case, and *res adjudicata*.

Albert Wadley, Respondent, v. New York, Westchester and Boston Railway Company and The City and County Contract Company, Appellants.— Judgment affirmed, with costs, upon the authority of *Goodenough*

---

* See *Rheims* v. *Bracken-McAveney Co.* (151 **App.** Div. 14).— [REP.